■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRISTIN ELLIS, Appellant. [54 NYS3d 581]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Edward McLaughlin, J.), rendered March 17, 2015, said appeal having

been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur— Sweeny, J.P., Renwick, Andrias, Kapnick and Kahn, JJ.